FILED
CLERK, U.S. DISTRICT COURT
November 10, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MEDINA, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FCA US LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-08992-SB-PVC<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

　　　**IT IS ORDERED** that this matter is dismissed in its entirety with prejudice in accordance with the terms of the parties' written settlement agreement.

Dated: <u>November 10, 2021</u>

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge